FILED
2013 DEC 13 PM 3:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
CHARLES F. BARKER, CAL. BAR NO. 70076
Email: cbarker@sheppardmullin.com
333 South Hope St., 48th Floor
Los Angeles, California 90071
Telephone: (213) 617-4168
Facsimile: (213) 620-1398

VORYS, SATER, SEYMOUR AND PEASE LLP
MARK A. KNUEVE (*pro hac* vice to be filed)
NATALIE M. McLAUGHLIN (*pro hac* vice to be filed)
Email: maknueve@vorys.com; nmmclaughlin@vorys.com
52 E. Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-6400
Facsimile: (614) 464-6350

Attorneys for Defendant
ABERCROMBIE & FITCH STORES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA APARICIO, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH STORES, INC.; and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. cv13-09209 mmm (Ex)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF NATALIE M. MCLAUGHLIN IN SUPPORT OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>Jurisdiction Under the Class Action Fairness Act of 2005<br><br>[28 U.S.C. §§ 1332, 1441, 1446, and 1453]<br><br>Complaint Filed: January 16, 2013<br><br>First Amended Complaint Filed: March 26, 2013 |

## DECLARATION OF NATALIE M. MCLAUGHLIN

I, Natalie M. McLaughlin, declare as follows:

1. I am an attorney duly admitted to practice in the state of Ohio. I am an attorney with the firm Vorys, Sater, Seymour and Pease LLP. My office address is 52 East Gay Street; Columbus, Ohio 43216-1008; Telephone: (614) 464-5452; Facsimile: (614) 719-5252. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. I am serving as counsel for Defendant Abercrombie & Fitch Stores, Inc. in the above captioned case. I have been admitted pro hac vice in the Superior Court of California, County of Los Angeles, in the case captioned: *Jessica Aparicio, on behalf of herself and others similarly situated, v. Abercrombie & Fitch Stores, Inc., and Does 1 to 50, Inclusive*, Case No. BC 499281.

3. On November 13, 2013, in order to consider whether mediation would be fruitful for the parties to pursue in this case, I invited Plaintiff's counsel to make an opening settlement demand.

4. On that same day, Plaintiff's counsel responded by email, stating: "we believe the full exposure, assuming all penalties are awarded, is around 16 million dollars." A true and accurate copy of the November 13, 2013 email from Plaintiff's counsel is attached as Exhibit 1.[1]

5. On November 18, 2013, I sent Plaintiff's counsel an email, stating, "We don't know how you got to this amount analyzing the data we provided, which makes it difficult to evaluate where to go from here. Can you let us know how you arrive at a full exposure amount of around 16 million dollars?" A true

---

[1] Statements solely related to settlement have been redacted from Exhibits 1 and 3. However, if the Court requests, I can provide non-redacted copies of these Exhibits.

and accurate copy of the November 18, 2013 email I sent to Plaintiff's counsel is attached as Exhibit 2.

6. Plaintiff's counsel responded by email on November 18, 2013, and provided the damage model they generated for the case. Plaintiff's counsel asserts in the email that "the damage model has no assumptions, because it is based entirely on the data you provided to us." However, review of the damage model shows that it is based on an assumption of an average hourly rate of $8.87 per violation, an assumption that there were 76,984 shifts with violations, an assumption that 3338 former employees were not provided rest breaks, and an assumption that 2999 current employees were not provided rest breaks. From these numbers, Plaintiff's counsel predicted the following damages exposure in this case:

| | |
|---|---|
| RB Premium | $682,848.08 |
| Interest (3/1/14) | $99,246.82 |
| 203 | $7,105,934.40 |
| 2699 | $8,997,000.00 |
| Total | $16,885,029.30 |

Plaintiff's counsel further acknowledged that "[t]he bulk of the damages stem from the claims for penalties pursuant to Labor Code Section 203 (for former employees only) and PAGA)." A true and accurate copy of the November 18, 2013 email from Plaintiff's counsel, along with the damage model, is attached as Exhibit 3.

7. Reviewing Plaintiff's damage model, the RB Premium calculation appears to be the $8.87 rate, multiplied by 76,984 total shifts. These numbers multiplied together equal $682,848.08. Therefore, to generate this number, there is an assumption that a violation occurred during every one of the 76,984 shifts.

8. Reviewing Plaintiff's damage model, the 203 penalty calculation appears to be the $8.87 rate, multiplied by eight hours per day, multiplied by 30 pay periods, multiplied by 3338 former employees. These numbers multiplied

DECLARATION OF NATALIE M. MCLAUGHLIN

1  together equal $7,105,934.40. Therefore, to generate this number, there is an
2  assumption that all 3338 former employees worked eight hours per day. There is
3  also an assumption that all 3338 former employees were not paid all wages due for
4  30 days after termination. Defendant has not produced data that supports the
5  assumption that all 3338 former employees worked eight hours per day and were
6  not paid all wages due for 30 days after termination.
7      9. Reviewing Plaintiff's damage model, I have been unable to determine,
8  based on the data Defendant provided, how Plaintiff's counsel calculated the 2699
9  penalty amount to be $8,997,000.00.
10     I declare under penalty perjury under the laws of the United States of
11 America and the State of California that the foregoing is true and correct, and that
12 this Declaration was executed on December 12, 2013, at Columbus, Ohio.

_____
Natalie M. McLaughlin

---

4

**DECLARATION OF NATALIE M. MCLAUGHLIN**

12/11/2013 18181703 V.2

Ex. 1

McLaughlin, Natalie M.
_____

| | |
|---|---|
| From: | Liane Katzenstein Ly [liane@kingsleykingsley.com] |
| Sent: | Wednesday, November 13, 2013 12:52 PM |
| To: | McLaughlin, Natalie M. |
| Cc: | Knueve, Mark A.; Charles Barker; Eric Kingsley |
| Subject: | Aparacio v. Abercrombie |

Natalie,

We analyzed the data you provided to us and we believe the full exposure, assuming all penalties are awarded, is around 16 million dollars.

Let me know if you have any questions. I will get a draft of the joint report out to you this afternoon.

Thanks,

Liane Katzenstein Ly
*attorney at law*

**KINGSLEY & KINGSLEY**
16133 Ventura Blvd.
Suite 1200
Encino, CA 91436
(818) 990-8300, ext. 129

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** McLaughlin, Natalie M. [mailto:nmmclaughlin@vorys.com]
**Sent:** Tuesday, May 28, 2013 12:09 PM
**To:** Liane Katzenstein Ly
**Cc:** Knueve, Mark A.; Charles Barker
**Subject:** Abercrombie [Aparicio]: Order Approving Settlement in Prior Litigation

Liane,

1



Attached is the Court's Final Order Approving Class Action Settlement in the De La Cruz matter. Paragraph 8 -- beginning at the bottom of page 4 and continuing through page 6 -- indicates the claims that were released through February 25, 2012, which includes claims asserted in this case.

Also, in anticipation of tomorrow's conference with the Court, though our client will consider mediation, we believe there is some initial discovery before we commit to that route. Therefore, we would propose to the Court that the parties be able to engage in some discovery, and then determine whether mediation is appropriate (and therefore, whether a post mediation conference should be set).

Thanks,
Natalie



**Natalie M. McLaughlin**
Attorney at Law

Vorys, Sater, Seymour and Pease LLP
52 East Gay Street | Columbus, Ohio 43215

Direct: 614.464.5452
Fax: 614.719.5252
Email: nmmclaughlin@vorys.com
www.vorys.com

```
From the law offices of Vorys, Sater, Seymour and Pease LLP.

IRS CIRCULAR 230 DISCLOSURE:  In order to ensure compliance
with requirements imposed by the U.S. Internal Revenue Service, we
inform you that any federal tax advice contained in this communication
(including any attachments) is not intended or written to be used, and it
cannot be used, by any taxpayer for the purpose of (i) avoiding penalties
 that may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing, or recommending to another person, any
transaction or other matter addressed herein.
```

```
CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or
privileged material. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message. If you are the intended recipient but do not wish to receive
communications through this medium, please so advise the sender immediately.
```

Ex. 2

**McLaughlin, Natalie M.**

| | |
|---|---|
| From: | McLaughlin, Natalie M. |
| Sent: | Monday, November 18, 2013 10:27 AM |
| To: | 'Liane Katzenstein Ly' |
| Subject: | RE: Aparacio v. Abercrombie |

Liane,

As I indicated last week, we were surprised by the amount you proposed. We don't know how you got to this amount analyzing the data we provided, which makes it difficult to evaluate where to go from here. Can you let us know how you arrive at a full exposure amount of around 16 million dollars?

Thanks,
Natalie



Natalie M. McLaughlin
Attorney at Law

Vorys, Sater, Seymour and Pease LLP
52 East Gay Street | Columbus, Ohio 43215

Direct: 614.464.5452
Fax: 614.719.5252
Email: nmmclaughlin@vorys.com
www.vorys.com

**From:** Liane Katzenstein Ly [mailto:liane@kingsleykingsley.com]
**Sent:** Wednesday, November 13, 2013 12:52 PM
**To:** McLaughlin, Natalie M.
**Cc:** Knueve, Mark A.; Charles Barker; Eric Kingsley
**Subject:** Aparacio v. Abercrombie

Natalie,

We analyzed the data you provided to us and we believe the full exposure, assuming all penalties are awarded, is around 16 million dollars.

Let me know if you have any questions. I will get a draft of the joint report out to you this afternoon.

1

EXHIBIT 2

Thanks,

Liane Katzenstein Ly
*attorney at law*

**KINGSLEY & KINGSLEY**
16133 Ventura Blvd.
Suite 1200
Encino, CA 91436
(818) 990-8300, ext. 129

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** McLaughlin, Natalie M. [mailto:nmmclaughlin@vorys.com]
**Sent:** Tuesday, May 28, 2013 12:09 PM
**To:** Liane Katzenstein Ly
**Cc:** Knueve, Mark A.; Charles Barker
**Subject:** Abercrombie [Aparicio]: Order Approving Settlement in Prior Litigation

Liane,

Attached is the Court's Final Order Approving Class Action Settlement in the De La Cruz matter. Paragraph 8 -- beginning at the bottom of page 4 and continuing through page 6 -- indicates the claims that were released through February 25, 2012, which includes claims asserted in this case.

Also, in anticipation of tomorrow's conference with the Court, though our client will consider mediation, we believe there is some initial discovery before we commit to that route. Therefore, we would propose to the Court that the parties be able to engage in some discovery, and then determine whether mediation is appropriate (and therefore, whether a post mediation conference should be set).

Thanks,
Natalie



**Natalie M. McLaughlin**
Attorney at Law

Vorys, Sater, Seymour and Pease LLP
52 East Gay Street | Columbus, Ohio 43215

Direct  614.464.5452
Fax  614.719.5252
Email  nmmclaughlin@vorys.com
www.vorys.com

From the law offices of Vorys, Sater, Seymour and Pease LLP.

IRS CIRCULAR 230 DISCLOSURE:  In order to ensure compliance
with requirements imposed by the U.S. Internal Revenue Service, we
inform you that any federal tax advice contained in this communication
(including any attachments) is not intended or written to be used, and it
cannot be used, by any taxpayer for the purpose of (i) avoiding penalties
 that may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing, or recommending to another person, any
transaction or other matter addressed herein.

---

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or
privileged material. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message. If you are the intended recipient but do not wish to receive
communications through this medium, please so advise the sender immediately.

3

Ex. 3

McLaughlin, Natalie M.
___

| | |
|---|---|
| From: | Eric Kingsley [eric@kingsleykingsley.com] |
| Sent: | Monday, November 18, 2013 12:41 PM |
| To: | McLaughlin, Natalie M. |
| Cc: | Liane Katzenstein Ly; Charles Barker; Knueve, Mark A. |
| Subject: | Abecrombie adv. Aparicio |
| Attachments: | Abecrombie.xlsx |

Natalie:

Per your request, attached please find our damage model for the above entitled case. As you will note, the damage model has no assumptions, because it based entirely on the data you provided to us. The bulk of the damages stem from the claims for penalties pursuant to Labor Code Section 203 (for former employees only) and PAGA. As you know, PAGA permits a $100 penalty for the first violation and a $200 penalty for subsequent violations.

Thanks,

Eric Kingsley
Kingsley & Kingsley
16133 Ventura Boulevard, Suite 1200
Encino, CA 91436
818-990-8300
www.unpaidwages.com
eric@kingsleykingsley.com



This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

EXHIBIT 3

1

| | | | | |
|---|---:|---|---|---|
| $ | 8.87 | Avg Hourly Rate | 2/26/2012 | 4/8/2013 |
| | 76,984 | Shifts | | 3/1/2014 |
| | 3338 | Formers | | |
| | 2999 | Currents | | 0.056 |
| | 30 | Payperiods | | 0.090 |
| $ | 100 | Penalty Amount | | 0.145 |

| | | |
|---|---|---:|
| RB Premium | $ | 682,848.08 |
| Interest (3/1/14) | $ | 99,246.82 |
| 203 | $ | 7,105,934.40 |
| 2699 | $ | 8,997,000.00 |
| | **$** | **16,885,029.30** |